United States District Court
Southern District of Texas
**ENTERED**
July 08, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| JULIO E. LOZA, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 7:17-CV-430 |
| | § | |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY ABS CAPITOL 1 INC. TRUST 2005-HE7, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-HE7, *et al*, | §§§§§§ | |
| Defendants. | | |

## FINAL JUDGMENT

In accordance with the Court's Order Granting Defendants Trustee Bank and SPS's Motion for Summary Judgment, Denying Plaintiff's Motion to Amend Scheduling Order, and Dismissing Plaintiff's Claims and Requests for Relief against Remaining Defendant Power Default, the Court hereby **ORDERS** that all of Plaintiff's claims and requests for relief are **DISMISSED** with prejudice, and final judgment is entered in favor of all Defendants.

SO ORDERED this 8th day of July, 2019, at McAllen, Texas.

_____
Randy Crane
United States District Judge